NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUTURELOGIC, INC.,**
*Plaintiff-Appellant,*

v.

**NANOPTIX, INC.,**
*Defendant-Cross Appellant.*

---

2012-1095, -1136

---

Appeals from the United States District Court for the Central District of California in case no. 10-CV-7678, Judge John F. Walter.

---

**ON MOTION**

---

**O R D E R**

Nanoptix, Inc. ("Nanoptix") moves to strike portions of FutureLogic, Inc.'s ("FutureLogic") Yellow Brief, asserting that those portions include new arguments and positions not raised in FutureLogic's Blue Brief. FutureLogic opposes. Nanoptix replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is deferred for consideration by the merits panel assigned to hear the case.

(2) The parties are directed to file three additional copies of the motion, opposition, and reply within 10 days of the date of filing of this order. Those copies shall be transmitted to the merits panel along with a copy of this order.

FOR THE COURT

JUL 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brett J. Williamson, Esq.
    Michael D. Rounds, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2012

JAN HORBALY
CLERK